UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK NICHOLSON,

       Plaintiff,

v.                                              Case No. 07-11134
                                              Honorable Patrick J. Duggan

THE GREAT LAKES TOWING CO.,

       Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE TO STRIKE EXPERT ECONOMIC TESTIMONY OF VOCATIONAL REHABILITATIONIST SAMUEL I. GOLDSTEIN, PH.D OR, ALTERNATIVELY FOR *DAUBERT* HEARING AND ADDITIONAL TIME TO CONDUCT DISCOVERY**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on April 7, 2008.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

This matter comes before the Court on Defendant Great Lakes Towing Company's *motion in limine* to strike the expert economic testimony of Samuel I. Goldstein, Ph.D or, alternatively for a *Daubert* hearing and additional time to conduct discovery, filed March 15, 2008. On March 20, 2008, Plaintiff filed a pleading indicating that he is withdrawing Dr. Goldstein as an economic expert witness.

Accordingly,

**IT IS ORDERED**, that Defendant's *Motion in Limine* to Strike Expert Economic

Testimony of Vocational Rehabilitationist Samuel I. Goldstein, PH.D or, Alternatively, for *Daubert* Hearing and Additional Time to Conduct Discovery is **DENIED AS MOOT**.

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Frederick B. Goldsmith, Esq.
D. Bruce Beaton, Esq.