UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.07-11134
HON. PATRICK J. DUGGAN

MARK NICHOLSON,
        Plaintiff(s),
-V-
THE GREAT LAKES TOWING CO.,
        Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne State of Michigan on September 3, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The parties having stipulated to dismiss the above action with prejudice as set forth on the record, now therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice and without costs.

_____
Patrick J. Duggan
United States District Judge

Dated: September 3, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Approved as to
form and substance:

_____
D. Bruce Beaton
Attorney for Plaintiff(s)

_____
Frederick Goldsmith
Attorney for Defendant(s)